# Court of Appeals
# of the State of Georgia

ATLANTA, January 12, 2017

*The Court of Appeals hereby passes the following order*

**A17I0119. KAROL VEGA v. GWINNETT COUNTY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15C012833



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, January 12, 2017.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*